**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| GWENEVERE McLEMORE | ) | BANKRUPTCY CASE NUMBER 08-11787 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on January 21, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #108 issued to Verizon, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701 on February 16, 2010 in the amount of $373.94 has not been cashed.

4. That the Trustee hereby gives notice that such amount of **$373.94** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

> Respectfully submitted,
>
> ___/s/ Yvette Gaff Kleven_____
> Yvette Gaff Kleven, Chapter 7 Trustee
> 927 South Harrison Street
> Fort Wayne, Indiana   46802
> Telephone:   260 / 407-7000
> ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of May, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Verizon, AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven